858

No. 1147.   Gordon v. Porter, Price Administrator. June 3, 1946.   Petition for writ of certiorari to the United States Emergency Court of Appeals denied.   *Louis H. Burke* for petitioner.   *Solicitor General McGrath* and *Richard H. Field* for respondent.

No. 1149.   Epstein v. United States.   June 3, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *David M. Palley* for petitioner.   *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 1158.   Earnhardt v. United States.   June 3, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Walter E. Wiles* for petitioner.   *Solicitor General McGrath* for the United States.

No. 1180.   E. C. Schroeder Co., Inc. v. Clifton et al.; and

No. 1237.   Clifton et al. v. E. C. Schroeder Co., Inc. June 3, 1946.   Petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Charles A. Horsky* and *W. E. Utterback* for E. C. Schroeder Co.   *Thos. W. Champion* and *Louis A. Fischl* for Clifton et al.

No. 1203.   Rymarkiewicz v. Pittsburgh Steamship Co.   June 3, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.